UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ELAN RICKY-KEONI RADER** | **DOCKET NO. 6:22-cv-00236** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SHIFT LEAD TYLER, ET AL** | **MAGISTRATE JUDGE HANNA** |

## ORDER

For the reasons stated in the REPORT AND RECOMMENDATION [Doc.11] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the Plaintiff's OBJECTIONS TO THE REPORT AND RECOMMENDATION [Doc.13] in the record,

IT IS ORDERED that Plaintiff's Complaint [Doc. 1] be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915.

**THUS, DONE AND SIGNED,** in chambers, on this 29th day of April, 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE